ACCEPTED
12-15-00256-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/22/2015 2:10:00 PM
Pam Estes
CLERK

IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/22/2015 2:10:00 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| SANGER BANK, | § | |
| *Appellant,* | § | |
| | § | |
| | § | |
| *v.* | § | 12-15-00256-CV |
| | § | |
| DAVID CHRISTOPHER FRANKENS AND | § | |
| KATHRYN FRANKENS, | § | |
| *Appellees.* | § | |

APPELLEES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, David Christopher Frankens and Kathryn Frankens, appellees, move for an extension of time to file their brief, and would respectfully show the Court the following:

1.    The current deadline for filing Appellees' brief is December 30, 2015.

2.    Appellees request a two-week extension of time for filing their brief, thus creating a new deadline of January 13, 2016. This is the Appellees' first motion for extension of time to file their brief. No unnecessary delay will result with the granting of this extension.

3.    Appellees rely upon the following facts to reasonably explain their need for this extension: Appellees' brief is currently due between the Christmas and New Year's holidays, during which time counsel for Appellees has a vacation

scheduled, counsel's office will be closed for several days, and the days that counsel's office will be open, there will be a greatly reduced staff.

Appellees respectfully request that this honorable Court grant them a two-week extension for filing their brief, thus creating a due date of January 13, 2016. Appellees further request all other appropriate relief to which they may be entitled.

Respectfully submitted,


_/s/ Krystal E. Riley_
Krystal E. Riley
State Bar No. 24065977
kriley@skeltonslusher.com
SKELTON SLUSHER
BARNHILL WATKINS WELLS PLLC
1616 S. Chestnut Street
Lufkin, Texas 75901
Telephone: (936) 632-2300
Facsimile: (936) 632-6545
_Attorneys for Appellees_

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2015, I communicated by email with Ryan Thomas Webster, counsel for Appellant, and Mr. Webster replied that he did not oppose the foregoing motion for extension.

                    */s/ Krystal E. Riley*
                    Krystal E. Riley


## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing instrument was served or delivered by email to:

Ryan Thomas Webster
R. William Wood
WOOD, THACKER & WEATHERLY, P.C.
400 West Oak Street, Suite 310
Denton, Texas 76201
Tel. (940) 565-6565
Fax: (940) 566-6673
ryan@wtwlawfirm.com
*Lead Appellate Counsel for Appellant*

on December 22, 2015.

                    */s/ Krystal E. Riley*
                    Krystal E. Riley